[No. 17602-5-II.   Division Two.   November 14, 1995.]

THE STATE OF WASHINGTON, *Respondent*, v. JASON S. MORLAN, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 93-8-00121-0, George L. Wood, Jr., J., entered October 11, 1993. *Reversed* by unpublished opinion per Petrie, J. Pro Tem., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 17679-3-II.   Division Two.   November 15, 1995.]

GALEN H. HOOVER, M.D., INC., P.S., *Respondent*, v. CLOUDCREST LTD., *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-05558-4, Grant L. Anderson, J., entered October 20, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Bridgewater and Wiggins, JJ.

[No. 17133-3-II.   Division Two.   November 15, 1995.]

JOHN G. KERR, ET AL., *Respondents*, v. LORIGON CORPORATION, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 92-2-00837-3, Grant L. Anderson, J., entered April 16, 1993. *Affirmed in part* and *reversed in part* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Wiggins, J.

[No. 17357-3-II.   Division Two.   November 15, 1995.]

E.P. ENTERPRISES, *Appellant*, v. AT&T INFORMATION SYSTEMS, INC., ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clark County, No. 91-2-00856-0, Robert L. Harris, J., entered July 14, 1993. *Affirmed* by unpublished opinion per Fleisher, J., concurred in by Seinfeld, C.J., and Bridgewater, J.